UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
POONAM SHARMA, BRIAN ROACH,
RONNEL JARIN, and NIKITA SIMON,
on behalf of themselves and all others
similarly situated,

                     Plaintiffs,

                   -against-

BURBERRY LIMITED,

                     Defendant.
----------------------------------------------------------------X

CIV. NO. 12-CV-06356
(LDW)(AKT)



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 12 2015 ★

LONG ISLAND OFFICE

## FINAL JUDGMENT AND ORDER GRANTING
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Having considered Plaintiffs' Motion for Final Approval, the supporting memorandum of law and the Declaration of D. Maimon Kirschenbaum and exhibits thereto, the oral arguments presented at the July 27, 2015 Fairness Hearing, and the complete record in this matter, for the reasons set forth therein and stated on the record at the Fairness Hearing and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED, THAT:**

1. This Order incorporates by reference the definitions in the parties' Settlement Agreement and Release (the "Settlement Agreement"), and all capitalized terms used in this Final Judgment shall have the same meanings as set forth in the Settlement Agreement, unless otherwise defined herein.

2. This Court approves the Settlement and all terms set forth in the Settlement Agreement and finds that the Settlement is, in all respects, fair, reasonable, adequate, and not a product of collusion.

1

3. The Court certifies the Fed. R. Civ. P. 23 Class (the "Class") for settlement purposes. For the purposes of settlement, the Court finds that the Class meets the requirements for class certification under Fed. R. Civ. P. 23(b)(3).

4. The Court certifies Plaintiffs' counsel as Class Counsel, and the named Plaintiffs as Class Representatives as described in the Settlement Agreement.

5. The Settlement Fund amount of $1,450,000, payable under the terms set forth in the Settlement Agreement, as modified herein, is approved.

6. The Court awards Class Counsel 25% of the total settlement amount, or $362,500, as attorneys' fees to be paid from the Settlement Fund.

7. The Court awards Class Counsel $12,713.53 for costs and expenses incurred in this Lawsuit to be paid from the Settlement Fund.

8. The Court awards the Claims Administrator the costs of administering the Settlement, in an amount not to exceed $10,000.

9. The Court approves four Enhancement Awards of $2,000 to each of the Named Plaintiffs and opt-in Plainitff Sioson.

10. The Court approves a payment of $5,000 to Plaintiff Sharma in resolution of her wrongful discharge claim.

11. Any unclaimed Final Settlement Amounts set forth in Paragraph 3.4(d) of the Agreement shall be payable to the following *cy pres* designee Central Islip - Hauppauge Volunteer Ambulance.

12. The entire Lawsuit is dismissed with prejudice and without costs to any party.

13. Without affecting the finality of this Judgment and Order, the Court reserves continuing and exclusive jurisdiction over parties to the Settlement Agreement to administer,

2

supervise, construe, and enforce the Settlement Agreement in accordance with its terms for the mutual benefit of the parties.

14. The Parties having so agreed, good cause appearing, and there being no just reason for delay, it is expressly directed that this Final Judgment and Order be, and hereby is, entered as a final order and judgment.

Dated: 8/12/15
Central Islip, New York

s/Leonard D. Wexler
Hon. Leonard D. Wexler
United States Magistrate Judge